■    In the Matter of NATHAN H. WADLER v. NORMA BRILL.— Motion to dismiss appeal granted, with $10 costs.  Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■    In the Matter of JOHN H. LIVINGSTON, JR.— Motion to dismiss appeal denied with leave to renew on the argument of the appeal.  Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■    (A) THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY BONOMOLO. (B) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE B. MCNEIL.  (C) THE PEOPLE OF THE STATE OF NEW YORK v. JESSE CORSOVER.  (D) THE PEOPLE OF THE STATE OF NEW YORK v. HARRY FRIED.— [In each action] Enlargement of time granted.  Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■    In the Matter of PORT AUTHORITY TRANS-HUDSON CORPORATION.— Motion for a stay denied, subject, however, to the provisions of the stipulation attached to the order to show cause.  The appellants are directed to perfect the appeals on the original records, without printing the same, but upon printed appellants' points; the original records and appellants' printed points to be served and filed on or before October 10, 1962, with notice of argument for the November 1962 Term of this court, said appeals to be argued or submitted when reached.  Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

## (September 14, 1962)

■    MARGARET GALLO v. RALPH MONTENIGRO.— Motion for a stay denied. The cross motion to dismiss the appeal is denied.  Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer. JJ.

## (September 18, 1962)

■    ZOE C. WAGNER v. HEINZ WAGNER.— Motion for reargument denied. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■    EDWARD KIVOVITS v. DAVID MURPHY.— Motion for enlargement of time granted on condition that the appellant perfects the appeal for argument or submission for the October 1962 Term of this court.  If the appellant fails to comply with the condition imposed, the respondent may enter an order dismissing the appeal without notice to the appellant.  Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■    In the Matter of JOHN T. BUCKLEY, Deceased.— Motion for an enlargement of time granted on condition that the appeal is perfected for argument or submission for the October 1962 Term of this court.  Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■    In the Matter of CROYDON AGENCY, INC., v. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK.— Motion for a stay granted only as to Frank Marino and Edmund Chiarello upon condition that the petitioners procure the record in this proceeding and petitioners' points to be served and filed on or before October 10, 1962, with notice of argument for the November 1962 Term of this court, said proceeding to be argued or submitted when reached.  Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.